```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA AND          )
NICK AQUINO, REVENUE OFFICER,         )
INTERNAL REVENUE SERVICE,             )
                                      )
          Plaintiffs,                 )
                                      )
     v.                               ) C.A. NO. 02-4089
                                      )
RICHARD BROWN, PRESIDENT              )
BELMONT IMPROVEMENT ASSOC. INC.       )
                                      )
          Defendant.                  )
```

NOTICE OF VOLUNTARY DISMISSAL

The complaint and application for order to show cause having been filed by the United States in this civil action seeking enforcement of an Internal Revenue Service summons, and the Court having issued an Order to Show Cause, and the Complaint and Order to Show Cause having been served, and defendant having complied with the summons to the satisfaction of the Internal Revenue Service, and the defendant having filed neither answer nor motion for summary judgment in response to the complaint, the plaintiffs United States of America and Nick Aquino, Revenue Officer, by and through their undersigned attorney, do hereby notice the

voluntary dismissal of this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(i).

                                      Respectfully submitted,

                                      PATRICK L. MEEHAN
                                      UNITED STATES ATTORNEY

                                      _____
                                      NADINE M. OVERTON
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      615 Chestnut Street
                                      Suite 1250
                                      Philadelphia, PA 19106-4476
                                      (215) 861-8338

Dated: December 5, 2002